**Record of Conference and Orders: Vera M. Scanlon, USMJ**     Date: 9/12/2017

Case: __Haynes__

Civ. A. __17-3059__ (FB)(VMS)

**ECF Recording in 504N:**   ☐ Telephone Conference   ☑ In-person Conference

**Counsel:** *(See separately docket entry or document for specific appearances)*

☑ Counsel for Plaintiff(s)  ☐ Pro Se Plaintiff(s)  ☑ Counsel for Defendant(s)  ☐ Pro Se Defendant(s)

**Conference Type:**

☑ Initial Conference  ☐ Status Conference  ☐ Settlement Conference  ☐ Motion Hearing  ☐ Discovery Conference  ☐
☐ JPTO Conference  ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record

☐ Rule 26(a) disclosures, incl. supplements

☐ Document requests to be served

☐ Interrogatories to be served

☑ Amended pleadings, incl. joinder         ☐ To be served    ☑ To be filed  9/29/17
   ☐ Complaint  ☐ Answer                    ☐ On consent  ☐ By motion  ☐ By PMC letter

☐ Joint status letter  ☐ Stip of dismissal to be filed

☐ Status conference                          Date:        Time:
   ☐ In person  ☐ Telephone (718) 613-2300    To be organized by:

☐ Specific depositions to be held

☐ Fact discovery closes

☐ Expert disclosures to be served

☐ Initial expert report(s) to be served

☐ Rebuttal expert report(s) to be served

☐ Expert discovery closes

☐ All discovery closes

☐ Joint letter confirming discovery is concluded

☐ Summary judgment to be initiated         ☐ PMC letter  ☐ Briefing

☐ Joint pre-trial order to be filed        ☐ Letter for conference  ☐ Proposed JPTO

☐ Proposed confidentiality order to be filed

☐ Consent to Magistrate Judge to be filed

☐ Settlement Conference                    Date:        Time:

Page 1 of 2


**Vera M. Scanlon, USMJ**
**Conference Orders, Continued**

Case: Haynes     Civ. A. 17-3059

Date: 9/12/2017

**Additional Orders:**

D to file PMC by 10/13/17.

Discovery stayed pending Motion of Qualified immunity

Counsel encouraged to discuss settlement

Page 2 of 2